## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Craig L Ingrassia       BK NO. 23-02096 MJC
       Michele T Ingrassia

           Debtor(s)      Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 and index same on the master mailing list.

               Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 Sep 2023, 15:51:25, EDT

       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322