IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | CRAIG L INGRASSIA | § | Case Number: | 23-02096-MJC-13 |
| | MICHELE T INGRASSIA | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT Capital One Auto Finance, a division of Capital One, N.A. hereby gives notice as follows: Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i)    all notices given or required to be given in the case; and
(ii)   all pleadings and correspondence served or required to be served in this case,

regarding Capital One Auto Finance, a division of Capital One, N.A. should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn: Capital One Auto Finance, a division of Capital One, N.A. Department
AIS Portfolio Services, LLC
Account: XXXXXXXXX1620
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for Capital One Auto Finance, a division of Capital One, N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(800)946-0332, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1542504