United States Bankruptcy Court
Middle District of Pennsylvania

| | | |
|---|---|---|
| In re | Craig L Ingrassia<br>Michele T Ingrassia | Case No. 5:23-bk-02096 |
| | Debtor(s) | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on **January 8, 2024**, a copy of **Order confirming 1st Amended Chapter 13 Plan (Doc. #25)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    U.S. Bankruptcy Court
0314-5                                    4515 N Santa Fe Ave. Dept. APS                  Max Rosenn U.S. Courthouse
Case 5:23-bk-02096-MJC                    Oklahoma City, OK 73118-7901                    197 South Main Street
Middle District of Pennsylvania                                                           Wilkes-Barre, PA 18701-1500
Wilkes-Barre
Mon Jan  8 10:29:40 EST 2024

Capital One Auto Finance                  Capital One Auto Finance, a division of         Capital One Auto Finance, a division of Capi
PO BOX 259407                             AIS Portfolio Services, LLC                     P.O. Box 4360
Plano, TX 75025-9407                      4515 N Santa Fe Ave. Dept. APS                  Houston, TX 77210-4360
                                          Oklahoma City, OK 73118-7901

KML Law Group, P.C.                       LVNV Funding, LLC                               Quantum3 Group LLC as agent for
Ste 5000 - BNY Independence Center        Resurgent Capital Services                      CF Medical LLC
701 Market St                             PO Box 10587                                    PO Box 788
Philadelphia, PA 19106-1541               Greenville, SC 29603-0587                       Kirkland, WA  98083-0788

Select Portfolio Servicing                U.S. Bank National Association, at. el          US Bank National Association
P.O. Box 65250                            c/o Select Portfolio Servicing, Inc.            3217 S. Decker Lake Drive
Salt Lake City, UT 84165-0250             P.O. Box 65250                                  Salt Lake City, UT 84119-3284
                                          Salt Lake City UT 84165-0250

United States Trustee                     Craig L Ingrassia                               (p)JACK N   ZAHAROPOULOS
US Courthouse                             210 Victory Lane                                ATTN CHAPTER 13 TRUSTEE
1501 N. 6th St                            Stroudsburg, PA 18360-6749                      8125 ADAMS DRIVE SUITE A
Harrisburg, PA 17102-1104                                                                 HUMMELSTOWN PA 17036-8625

Michele T Ingrassia                       Timothy B. Fisher II
210 Victory Lane                          Fisher and Fisher Law Offices
Stroudsburg, PA 18360-6749                PO Box 396
                                          525 Main Street
                                          Gouldsboro, PA 18424-8838
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as trustee    End of Label Matrix
                                                 Mailable recipients    16
                                                 Bypassed recipients     1
                                                 Total                  17
```

Exhibit "A"